UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRC ROCK, INC., | Case No.: 3:19-cv-02467-LAB-MDD |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| FORD MOTOR COMPANY; and DOES 1 through 10, Inclusive, | **[ECF No. 17]** |
| Defendants. | |

The parties' joint motion to dismiss the action is GRANTED.

IT IS HEREBY ORDERED that each of Plaintiff KRC Rock, Inc.'s claims against Defendants Ford Motor Company and Does 1 through 10 is DISMISSED with prejudice. Each party shall bear its own attorney fees and costs.

**IT IS SO ORDERED**.

Dated: June 4, 2020

Hon. Larry Alan Burns
Chief United States District Judge

1